FILE COPY

No. 07-13-00286-CR

| | | |
|---|---|---|
| Sammy Vidales<br>    Appellant | § | From the 137th District Court<br>    of Lubbock County |
| | § | |
| v. | | May 15, 2015 |
| | § | |
| The State of Texas<br>    Appellee | § | Opinion by Justice Pirtle |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated May 15, 2015, it is ordered, adjudged and decreed that the portion of the verdict and judgment of the trial court pertaining to Appellant's conviction be affirmed, while the portion of the verdict and judgment of the trial court pertaining to Appellant's punishment be reversed and this cause be remanded to the trial court for a new punishment trial pursuant to article 44.29(b) of the Texas Code of Criminal Procedure.

It is further ordered that Appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o